UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MURO,<br><br>                                    Petitioner,<br><br>v.<br><br>CONNIE GIPSON, et al.,<br><br>                                    Respondents. | Case No.: 22cv550-LL-DDL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATON DENYING PETITIONER'S MOTION FOR STAY AND ABEYANCE AS MOOT**<br><br>**[ECF No. 13]** |

On April 20, 2022, Antonio Muro ("Petitioner"), a California state prisoner proceeding pro se, filed a petition for writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner filed a motion for stay and abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). ECF No. 4.

On August 19, 2022, Magistrate Judge Jill L. Burkhardt issued a Report and Recommendation ("R&R"), recommending that the Court deny Petitioner's motion for stay and abeyance as moot because Petitioner exhausted his claims with the California Supreme Court and now satisfied the exhaustion requirement with respect to both claims presented in his Petition. ECF No. 13. The R&R also ordered that any objections were to be filed no later than September 9, 2022. *Id.* at 5. To date, no objection has been filed, nor has there been a request for additional time to file an objection.

As set forth by 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure, a district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. The district court need not conduct a de novo review of any findings and recommendations to which no objections are filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

In the instant case, no party has filed an objection to the R&R, and the Court further finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby **ADOPTS** Magistrate Judge Jill L. Burkhardt's Report and Recommendation [ECF No. 13] in its entirety. For the reasons stated in the R&R, which is incorporated herein by reference, the Court **DENIES AS MOOT** Petitioner's motion for stay and abeyance [ECF No. 4]. Petitioner is directed to file his amended petition on or before **November 17, 2022**. Failure to file an amended petition will result in dismissal of this case.

**IT IS SO ORDERED**.

Dated: October 3, 2022

Honorable Linda Lopez
United States District Judge